IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS ALEXANDER GREENE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CALIFORNIA REPUBLIC, et al., ) <br> ) <br> Respondent. ) <br> _____ ) | No. C 14-4792 JSW (PR) <br><br> **ORDER OF DISMISSAL** <br><br> (Dkt. No. 3) |

Petitioner, who also refers to himself as "Marvellous Afrikan Warrior" and is a California prisoner at Pelican Bay State Prison, filed this pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition makes the following nonsensical claim:

> This writ is to challenge and be a new precedent against the farce and shame wile cancer with the regime of ddd and Del Norte Superior Court. She ruled based on foul outdated obiter dictum.

(Pet. at 2.) The petition continues with similarly unintelligible allegations, and it is DISMISSED as frivolous. *See* 28 U.S.C. § 2243 (court shall not award writ or order Respondent to show cause if "it appears from the application that the applicant or person detained is not entitled" to federal habeas relief). Petitioner's application to proceed in forma pauperis (Dkt. 3) is GRANTED.

Rule 11(a) of the Rules Governing Section 2254 Cases requires a district court to rule on whether a Petitioner is entitled to a certificate of appealability in the same order

in which the petition is decided.  A reasonable jurist would find this Court's denial of his petition debatable or wrong.  *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted in this case.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED:  December 17, 2014

JEFFREY S. WHITE
United States District Judge